16 A.3d 350

IN THE MATTER OF MARK GERTNER, AN ATTORNEY AT LAW.

April 7, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–332, concluding that **MARK GERTNER** of **SOUTH ORANGE,** who was admitted to the bar of this State in 1982, should be reprimanded for violating *RPC* 1.8(a) (conflict of interest—prohibited business transaction with a client), and *RPC* 1.15(a) (failure to safeguard client funds), and good cause appearing;

It is ORDERED that **MARK GERTNER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.